No. 7951.

State of Louisiana ex rel. François Lamarque vs. Judge of the Sixth District Court.

Application for Prohibition refused.

No. 7950.

State of Louisiana ex rel. F. D. Seghers vs. Judge of the Second District Court.

Application for Mandamus refused.

No. 6481.

State of Louisiana ex rel. C. C. Hartwell vs. Geo. B. Johnson.

Mandamus refused, relator not having proved his case.

No. 8099.

State of Louisiana ex rel. Weber vs. N. H. Rightor, Judge.

The refusal of the lower court to decide in a particular manner cannot be controlled by Mandamus.

No. 7976.

State of Louisiana ex rel. F. J. Stokes vs. E. K. Skinner, Judge.

*Certiorari* refused.

No. 7969.

State of Louisiana ex rel. Henry Dandridge, praying for *Habeas Corpus*.

*Habeas Corpus* refused for want of appellate jurisdiction.

No. 7892.

State of Louisiana ex rel. C. F. Falkenstein vs. John Fitzpatrick, Criminal-Sheriff.

Application for *Habeas Corpus* refused for want of original jurisdiction.

No. 7971.

State of Louisiana ex rel. J. M. Billgery vs. W. T. Houston and the Judges of the Civil District Court, parish of Orleans.

This Court will not interfere with the discretion of an inferior court in appointing a tutor.

Prohibition refused.

No. 7538.

Howard & Preston vs. Patrick A. Finney and Thos. O'Neil.

Forbearance in suing on a matured note is not such granting of time as, in law, discharges the surety.